IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**SHAWNA COX**, and those similarly situated, and those real parties to be joined as their names become known,

    Plaintiffs,

  v.

**UNITED STATES OF AMERICA**, and **JOHN DOES 1-100**,

    Respondents.

No. 2:17-cv-00121-SU

JUDGMENT

**MOSMAN, J.**,

Based upon my Opinion and Order, IT IS ORDERED AND ADJUDGED that Plaintiffs' Motion to Remand [5] is DENIED, and the United States' Motion to Dismiss [4] is GRANTED. Pending motions, if any, are DENIED AS MOOT, and this case is DISMISSED with prejudice.

DATED this  24   day of July, 2017.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge

1 – JUDGMENT